**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TAMELA L. HADDEN,

        CASE NO. 06-CV-14227

    Plaintiff,

        PAUL D. BORMAN
-vs-        UNITED STATES DISTRICT JUDGE

COMMISSIONER OF        DONALD A. SCHEER
SOCIAL SECURITY,        UNITED STATES MAGISTRATE JUDGE

    Defendant.
_____/

# ORDER
### (1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;
### (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;
### AND (3) GRANTING DEFENDANT'S MOTION TO DISMISS

    Before the Court is the Magistrate Judge's July 12, 2007 Report and Recommendation denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion to Dismiss. (Doc. No. 25). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

    (1)    **ACCEPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 25);

    (2)    **DENIES** Plaintiff's Motion for Summary Judgment (Doc. No. 16); and

    (3)    **GRANTS** Defendant's Motion to Dismiss. (Doc. No. 22).

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: September 7, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 7, 2007.

                                            s/Denise Goodine
                                            Case Manager