# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TAMELA L. HADDEN, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case Number: 06-14227 |
| v. | Honorable PAUL D. BORMAN |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. / | |

■ **Decision by Court.** This action came before the Court, Honorable Paul D. Borman, presiding, and in accordance with the Order Accepting the Magistrate Judge's Report and Recommendation,

**IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant recover of the plaintiff his costs of action as provided by law.

Date  9/7/07

David Weaver, Clerk of Court

s/Denise Goodine
Deputy Clerk